Jess S. Raban & Jesse H. Brown, for appellants; Jesse H. Brown, and Donald M. Becker, of counsel; Eli E. Fink, for appellee; Eli E. Fink, and Paul Homer, of counsel. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed April 30, 1952; released for publication May 20, 1952.

**Phil S. Roe, Plaintiff-Appellant, v. John A. Cooke, Individually and as Former Joint Adventurer with Plaintiff, Defendant, Frank J. Quirk and Thomas J. Quirk, Individually and as Coexecutors of Estate of Bridget Quirk, Deceased, Defendants-Appellees.**

**Gen. No. 45,667.**

J. Edward Jones, *pro se*, for appellant; no appearance for appellees. Opinion by JUSTICE LEWE. Not to be published in full. Opinion filed April 30, 1952; released for publication May 20, 1952.